Olinthas BURKS, Appellant,

v.

The STATE of Texas, Appellee.

No. 28642.

Court of Criminal Appeals of Texas.

Dec. 12, 1956.

C. C. Divine, Houston, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is theft of property of the value of $50 or over; the punishment, three years in the penitentiary.

This is a companion case with that of Wilson v. State, Tex.Cr.App., 297 S.W. 830, and the same questions are raised which were there decided against appellant's contention.

The judgment is affirmed.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The sale of beer in a dry area is the offense; the punishment, a fine of $250.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Amos SCOTT, Appellant,

v.

The STATE of Texas, Appellee.

No. 28721.

Court of Criminal Appeals of Texas.

Jan. 23, 1957.

Minnie DUQUE, Appellant,

v.

The STATE of Texas, Appellee.

No. 28656.

Court of Criminal Appeals of Texas.

Jan. 23, 1957.

